| ✎PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* **GUAM CR 98-00024-001** |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Teofilio B. Cayabyab**<br>c/o Jennifer Hutchings<br>U.S. Probation Officer<br>Northern District of California<br>450 Golden Gate Avenue, Suite 17-6884<br>San Francisco, CA 94102-4950 | **0993 Guam** | |
| | NAME OF SENTENCING JUDGE<br>**Honorable John S. Unpingco** | |
| | DATES OF SUPERVISED RELEASE | FROM **May 11, 2007** | TO **May 10, 2011** |

OFFENSE

**Possession of Methamphetamine Hydrochloride with Intent to Distribute in violation of Title 21, United States Codes, Section 941(a)(1).**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____**GUAM**____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____**Northern District of California**____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____**NORTHERN**____ DISTRICT OF ____**CALIFORNIA**____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____      _____
*Effective Date*      *United States District Judge*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TEOFILIO B. CAYABYAB, )<br>)<br>Defendant. )<br>) | CRIMINAL CASE NO. 98-00024-001<br><br>**TRANSFER OF JURISDICTION** |

      On November 30, 1999, Teofilio B. Cayabyab was sentenced to 120 months imprisonment for the offense of Possession of Methamphetamine Hydrochloride with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1). He was ordered to serve a 48 month term of supervised release with the following conditions: perform 300 hours of community service; participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance abuse; refrain from the use of alcohol; seek and maintain gainful employment; and pay a $100 special assessment fee.

      Since his release from the Bureau of Prisons on May 11, 2007, Mr. Cayabyab has been under the supervision of the U.S. Probation Office in the Northern District of California. Prior to his release, on May 8, 2007, the U.S. Probation Office received a request for transfer of jurisdiction. It is respectfully requested that the Transfer of Jurisdiction be approved to the U.S. District Court, Northern District of California.

      Respectfully submitted,

      FRANK MICHAEL CRUZ
      Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
      U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    File