| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | GUAM CR 98-00024-001 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*  |



FILED
DISTRICT COURT OF GUAM
JUL -5 2007
MARY L.M. MORAN
CLERK OF COURT

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | |
|---|---|---|
| Teofilio B. Cayabyab<br>c/o Jennifer Hutchings<br>U.S. Probation Officer<br>Northern District of California<br>450 Golden Gate Avenue, Suite 17-6884<br>San Francisco, CA 94102-4950  | 0993 Guam | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable John S. Unpingco | |
| | DATES OF SUPERVISED RELEASE | FROM / TO |
| | May 11, 2007 | May 10, 2011 |

OFFENSE

Possession of Methamphetamine Hydrochloride with Intent to Distribute in violation of Title 21, United States Codes, Section 941(a)(1).

ORIGINAL FILED
JUN 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __GUAM__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of California__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jun 08, 2007

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN** DISTRICT OF **CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

21 June 2007
*Effective Date*

_____
*United States District Judge*