# United States District Court
### DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

July 13, 2007

Mr. Richard W. Wieking
Clerk of Court
U.S. District Court
Northern District of California
Phillip Burton United States
 Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Re:   District Court of Guam Criminal Case No. 98-00024
      USA vs. Teofilio B. Cayabyab

Dear Mr. Wieking:

Our Court is in receipt of form PROB 22, Transfer of Jurisdiction and Order, accepting the transfer of the above-entitled matter.

Enclosed are certified copies of the following documents:

1. Indictment, filed February 18, 1998
2. Minute Entry re: Initial Appearance/Arraignment, filed February 23, 1998
3. Plea Agreement, filed April 9, 1998
4. Minute Entry re: Change of Plea, filed April 9, 1998
5. Minute Entry re: Sentencing filed November 30, 1999
6. Judgment in a Criminal Case, filed December 3, 1999
7. Transfer of Jurisdiction, filed July 5, 2007
8. Docket Sheet

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

Walter M. Tenorio
Deputy Clerk

Enclosures